IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LENNOX AES HOLDINGS LLC and LENNOX AES INDUSTRIES LLC,<br><br>                 Plaintiffs,<br><br>   v.<br><br>JASON BENTON,<br><br>                 Defendant. | Civil Action No. 25-755-CFC |

## ORDER

At Wilmington on this Ninth Day of December in 2025, it is HEREBY ORDERED that:

1. Plaintiffs' Motion for Preliminary Injunction (D.I. 56) is GRANTED; and

2. The parties shall meet and confer about the amount of a bond that Plaintiffs should post for an injunction to meet the requirements of Federal Rule of Civil Procedure 65(c). If the parties agree on that amount, the Court will issue an order enjoining Defendant and AES Sunoptics, Inc. from directly and indirectly selling metal caps for skylight openings until a final judgment is entered in this case. If the parties reach an agreement on that amount, they shall inform the Court of their agreement. If the two sides cannot agree on that amount before December 12, 2025, they shall each submit letters to the Court outlining their respective positions.

                                                           _____
                                                                       CHIEF JUDGE