IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LENNOX AES HOLDINGS LLC, and LENNOX AES INDUSTRIES LLC, <br><br>*Plaintiffs*, <br><br>v. <br><br>JASON BENTON, <br><br>*Defendant*. | § § § § § § § § § § § § § | <br><br><br><br><br>Case No. 1:25–cv–00755 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Having read and considered Plaintiffs' Motion for Leave to File First Amended Complaint (the "Motion"), and good cause appearing, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

SO ORDERED this 4th day of February, 2026.

_____
The Honorable Colm F. Connolly
Chief Judge